**WILLIAM JACKSON** *ver-sus* **JOANNA JACKSON.**

JOURNAL ENTRIES (1833): *Journal 4:* (1) Time
fixed for hearing, rule for publication of notice
*p. 538.
PAPERS IN FILE: (1) Petition and affidavits of
William Jackson; (2) copy of petition; (3) proof
of publication of notice; (4) notice of taking
deposition; (5) deposition of Joel Tucker; (6)
deposition of George Young.
*1824–36 Calendar*, MS p. 224.